GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAY -1  PM 4: 04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| vs. | Violations: |
| Caleb Alfred Tifft, | 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and 2261(b)(6) (Cyberstalking) Count 1 |
| Defendant. | 18 U.S.C. § 875(c) (Interstate Threats) Count 2 |

CR24-02373 TUC-SHR(JR)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning on or about February 7, 2024, to at least March 1, 2024, in the District of Arizona and elsewhere, CALEB ALFRED TIFFT, with the intent to injure, harass, and intimidate another person, did use an electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, Jane Doe.

All in violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5), and 2261(b)(6).

## COUNT 2

On or about February 7, 2024, in the District of Arizona and elsewhere, CALEB ALFRED TIFFT, did knowingly transmit in interstate commerce a knowing and reckless threat to injure the person of another, to wit: by sending Jane Doe a Facebook Messenger message stating, "Think I'll just go rape and kill a girl at this point.".

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: May 1, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ADAM D. ROSSI
Assistant U.S. Attorney